IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GARYCK TRULS ARNTZEN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-05421

Judge Jorge L. Alonso

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | ★★★★★ liey baby 7-13 Days Arrival |
| 2 | Generic-store |
| 3 | DO-GENERIC(7-15Days Delivery) |
| 5 | Luolania |
| 8 | Ruziyoog Lightning Deals of Today |
| 9 | Lightning Deals of Today SEAOPEN |
| 11 | Clearance Sales Shop-US |
| 13 | deal of the day prime today IXnzadn |
| 15 | spring2020 |
| 20 | Fong&YIN |
| 33 | bawilom |
| 34 | BFAFEN（Prime Day Deals） |
| 35 | Tawop Wardrobe You Must Have |
| 37 | T·S Concert Outfit |
| 48 | oil-LIKIO-US（✈7-14 days delivery） |
| 49 | Small Longtian |
| 58 | fartey (prime day deals today 2024) |
| 61 | KootTZ122 |
| 66 | Suncolour |
| 68 | YRAETENM(prime day deals today 2024) |

| | |
|---|---|
| 69 | RODRIGUEZ US |
| 70 | Best Seller.R0i |
| 77 | Yyeselk |
| 78 | ZhenYuanYue |
| 80 | Nfurl Womens Clothing Savings |
| 83 | XWSHYW Clothes Ltd |
| 88 | EINCcm |
| 89 | Lorytime |
| 94 | DODADAWANJ |
| 96 | PATLOLLAV |
| 101 | Titcea |
| 110 | AGWOLF |
| 114 | YYDGH |
| 115 | XFLWAM |
| 125 | Gaecuw |
| 127 | Dreluolixuan |
| 128 | BOBOGOJP |
| 130 | YLSDY |
| 138 | ITSAME Clothing |
| 141 | JGGSPWM |
| 147 | CHaneH |
| 150 | SEMPAI |
| 155 | JiEnYu |
| 156 | Mhoxuto |
| 157 | JiangPenGuoJi |
| 158 | Sjzzsw Fashion Flash Sale |
| 162 | binge |
| 164 | BangWanChi |
| 165 | tklpehg |
| 173 | Leesechin |
| 174 | Wo-fusoul |
| 175 | LADIGASU |
| 176 | Vivianyo HD |
| 180 | Dibo Trading |

DATED:  June 18, 2025                     Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 18, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt